IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BALK and ANTHONY GALLWAY, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>-against-<br><br>NY FRESH MEX, LLC, CENTER MEX, INC., PALM TREE VENTURES, INC., and MIDDLE COUNTRY MEX, INC.<br><br>**Defendants.** | Case No.  22 Civ. 7253 (JMA) (LGD) |

## NOTICE OF ACCEPTANCE OF OFFER PURSUANT TO FED. R. CIV. P. 68

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs Christopher Balk and Anthony Gallway hereby accept, in full satisfaction of all their claims in this action, Defendant's Offer of Judgment, dated, September 18, 2023, attached hereto as Exhibit A.

Dated:  Melville, New York
         September 19, 2023

                                                    Respectfully submitted,


                                                    By: /s/ Troy L. Kessler
                                                         Troy L. Kessler

                                                    **KESSLER MATURA P.C.**
                                                    Troy L. Kessler
                                                    Jocelyn Small
                                                    534 Broadhollow Road, Suite 275
                                                    Melville, NY 11747
                                                    (631) 499-9100
                                                    tkessler@kesslermatura.com
                                                    jsmall@kesslermatura.com

                                                    *Attorneys for Plaintiffs*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER BALK and ANTHONY GALLWAY, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**NY FRESH MEX, LLC, CENTER MEX, INC., PALM TREE VENTURES, INC., and MIDDLE COUNTRY MEX, INC.**<br><br>**Defendants.** | Case No.  22 Civ. 7253 (JMA) (LGD) |

**OFFER OF JUDGMENT**

To:  Kessler Matura P.C.
     534 Broadhollow Road, Suite 275
     Melville, New York 11747

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants, hereby serve, but do not file, this offer of judgment as follows:

NY Fresh Mex, LLC ("Defendant") offers to allow judgment to be taken against Defendant in favor of plaintiffs Christopher Balk and Anthony Gallway ("Plaintiffs") in the total amount of fifty thousand dollars ($50,000.00) in full satisfaction of all Plaintiff's claims, inclusive of all of Plaintiffs' claims for relief in this action and for all damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, costs, and disbursements. If Plaintiffs accept this offer of judgment, Plaintiffs will not be entitled to any additional money from Defendant, including but not limited to additional damages, liquidated damages, penalties, employee taxes, attorneys' fees, interest, and costs and disbursements, and no further payment will

be due from Defendant with respect to this matter. Acceptance of this offer of judgment will act to dismiss with prejudice all claims raised by Plaintiffs in this action.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission that Defendant is liable in any manner whatsoever in this action, that Plaintiffs have suffered any damage, or that Defendant has in any manner or in any way violated any of Plaintiffs' rights.

This offer of judgment shall be inclusive of all fees, costs, and awards, including attorneys' fees, for which the Plaintiffs may be entitled to under applicable federal or state law.

Dated: September 18, 2023 | 3:07 PM PDT

NY Fresh Mex, LLC

By: *James DiVilio* (DocuSigned)   James DiVilio

Title: owner