**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTOPHER BALK and ANTHONY
GALLWAY, on behalf of themselves and all
others similarly situated,

                Plaintiff,

      - against -                                             **JUDGMENT**
                                                                       CV 22-7253 (JMA) (LGD)

NY FRESH MEX, LLC, CENTER MEX, INC.,
PALM TREE VENTURES, INC., and MIDDLE
COUNTRY MEX, INC.,

                Defendants.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on September 19, 2023; accepting Defendant NY Fresh Mex LLC's September 18, 2023 offer to allow judgment against them in the amount of $50,000.00 in full satisfaction of all Plaintiffs' claims, inclusive of all of Plaintiffs' claims for relief in this action and for all damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, costs, and disbursements, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Christopher Balk and Anthony Gallway against Defendant NY Fresh Mex LLC in the amount of $50,000.00 in full satisfaction of all Plaintiffs' claims, inclusive of all of Plaintiffs' claims for relief in this action and for all damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, costs, and disbursements; and that this case is closed.

Dated: September 28, 2023
       Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT
                             By:    /s/ James J. Toritto
                                        Deputy Clerk